# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATHEW RENDON, individually,<br><br>       Plaintiff,<br><br>vs.<br><br>COUNTY OF ORANGE; KEITH S. FRANKLIN; I. ZUMAR; EVER I. ZELAYA; and DOES 1 – 30, Inclusive<br><br>       Defendants. | CASE NO. 8:21-cv-00190-JLS-KES<br><br>**JUDGMENT** |

## JUDGMENT

In accordance with the Court's September 20, 2021 Order granting Defendants County of Orange, Deputy Keith S. Franklin, and Deputy I. Zelaya's Motion to Dismiss Plaintiff Mathew Rendon's operative First Amended Complaint (Doc. 31), it is now **ORDERED, ADJUDGED, and DECREED** that judgement is entered in this action as follows:

1.     Plaintiff Mathew Rendon shall recover nothing from Defendants County of Orange, Deputy Keith S. Franklin, Deputy Ever Zelaya, and Deputy I. Zumar on

Plaintiff Mathew Rendon's First Amended Complaint;

  2. Plaintiff Mathew Rendon's First Amended Complaint is dismissed in its entirety;

  3. Defendants County of Orange, Deputy Keith S. Franklin, and Deputy Ever Zelaya shall have judgment in their favor on Plaintiff Mathew Rendon's First Amended Complaint; and

  4. Defendants shall recover from Plaintiff Mathew Rendon costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920 and Local Rule 54.

DATED: October 01, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE